UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:22-cr-00142-JRS-KMB |
| | ) |
| KENNETH M. ADDISON, | )       02 |
| | ) |

## UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT ADDISON'S MOTION TO RETURN PROPERTY

United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Kelly Rota, Assistant United States Attorney, here respectfully responds to the Motion to Return Property [Filing No. 35][1] pursuant to Federal Rule of Criminal Procedure 41(g) as follows:

The United States believes this motion can be resolved without further litigation, and requests 60 days to contact the Defendant and secure an agreement for the release of property.

---

[1] The Defendant filed this motion in Cause Number 1:22-cr-142-JRS-KMB. Defendant has a case that was combined with this case for plea purposes at 1:21-cr-00242-JRS-KMB.

WHEREFORE, the United States respectfully requests that the Court allow the United States 60 days – or until November 27, 2023 - to resolve this motion, and for all other relief just and proper.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*s/ Kelly Rota*
Kelly Rota
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Phone: (317) 226-6333
Email: Kelly.Rota@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

KENNETH MORGAN ADDISON
62770-509 CARDINAL UNIT
FEDERAL MEDICAL CENTER LEXINGTON
Inmate Mail/Parcels
P.O. BOX 14500
LEXINGTON, KY 40512

        *s/ Kelly Rota*
        Kelly Rota
        Assistant United States Attorney
        Office of the United States Attorney
        Southern District of Indiana
        10 West Market Street, Suite 2100
        Indianapolis, IN 46204-3048
        Phone: (317) 226-6333
        Email: Kelly.Rota@usdoj.gov