UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cr-00142-JRS-KMB |
| KENNETH MORGAN ADDISON a/k/a MOE, | ) ) ) -01 |
| Defendant. | ) ) |

### ORDER

Kenneth Addison's motion for return of property, dkt. [35], is **denied without prejudice** given the government's representation that the matter can be resolved without litigation. *See* dkt. 38. Mr. Addison's motion to supplement the record, dkt. [43], is **granted** insofar as his submissions have been docketed.

The government has not responded to Mr. Addison's motion to unseal search warrant records or make them publicly available. Mr. Addison's motion, dkt. [42] is **denied**. To the extent he asks the Court to take action with respect to the documents, they do not appear on the Court's docket. To the extent he seeks an order compelling the government to produce the documents, the criminal case is closed, and he "is not entitled to file a motion for discovery—of transcripts, indictments, search warrants, or other records—before filing a § 2255 motion to vacate." *United States v. Cuya*, 964 F.3d 969, 972 (11th Cir. 2020) (citing cases)

**IT IS SO ORDERED.**

Date: 11/1/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kenneth Addison
62770-509
FMC Lexington
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY  40512